| | |
|---|---|
| 1 | Steven J. Goon (State Bar No. 171993) |
| | sgoon@rutan.com |
| 2 | Benjamin C. Deming (State Bar No. 233687) |
| | bdeming@rutan.com |
| 3 | Sarah Gilmartin (State Bar no. 324665) |
| | sgilmartin@rutan.com |
| 4 | Rutan & Tucker, LLP |
| | 18575 Jamboree Road, 9th Floor |
| 5 | Irvine, CA 92612 |
| | Telephone:   (714) 641-5100 |
| 6 | Facsimile:   (714) 546-9035 |
| 7 | Attorneys for Plaintiff |
| | ADVANCED ENGINE MANAGEMENT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ADVANCED ENGINE MANAGEMENT, INC., | Case No. CV 20-6174-MWF (PDx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR PERMANENT INJUNCTION** |
| vs. | Date Action Filed: July 10, 2020 |
| KEVIN THOMAS, and DOES 1 through 10, | Discovery Cutoff: November 1, 2021 |
| | Trial Date:        March 8, 2022 |
| Defendants. | |

THE COURT, having considered the parties' Stipulation for Permanent Injunction, filed on January 19, 2021, and good cause appearing therefore, hereby ORDERS AS FOLLOWS:

1. Defendant Kevin Thomas ("Defendant") and all persons acting for with, by, through or under him, and any others within his control or supervision, and all others in active concert or participation with the above, are permanently enjoined and restrained, from manufacturing, selling, offering to sell, distributing, advertising, marketing or otherwise being involved with manufacturing, selling, offering to sell, distributing, advertising, or marketing any products or services, or otherwise conducting any business, using the AEM Marks, or any other mark that is confusingly similar to the AEM Marks.

2. Defendant and all persons acting for with, by, through or under him, and any others within his control or supervision, and all others in active concert or participation with the above, are permanently enjoined and restrained, from manufacturing, selling, offering to sell, distributing, advertising, marketing or otherwise being involved with manufacturing, selling, offering to sell, distributing, advertising, or marketing any products or services, that infringe any claim of United States Patent No. 6,298,828, tiled "Adjustable fuel pressure regulator."

3. Defendant will deliver to Plaintiff's attorney within ten (10) days after entry of this Injunction, to be impounded or destroyed by Plaintiff, all products in his possession or control used for copying AEM's products, including without limitation all molds, plates, masters, or means of creating such products, if in Defendants possession or control; if any such items are not in Defendant's possession or control, Defendant will submit a Declaration to that effect.

4. The Parties have had the opportunity to consult with legal counsel of

their choice and are fully informed and aware of the legal effect and consequences of this Stipulated Injunction.

5. The Court shall retain jurisdiction over this matter subsequent to the dismissal of the action for the purpose of enforcing the Parties' Settlement Agreement and this Injunction.

IT IS SO ORDERED.

Dated: January 20, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge